UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-6840 PSG (Ex) | Date | April 9, 2019 |
|---|---|---|---|
| Title | Apartment Association of Greater L.A. et al. v. City of Beverly Hills, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order striking reply brief

Defendant City of Bevery Hills' ("Defendant") reply brief in support of its motion to dismiss (Dkt. # 24) is 19 pages in length, in excess of the 12 pages permitted by the Court's Standing Order.  *See Standing Order*, Dkt. # 8, § 5(c).

Accordingly, the Court **STRIKES** the reply brief.  If Defendant wishes to file a corrected brief of 12 pages or less, it must do so no later than **Wednesday, April 10, 2019, at 3 p.m.**